IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **QWEST COMMUNICATIONS CORP.,** | * | |
| **Plaintiff** | * | |
| | | **Civil No.: AMD 00-1620** |
| vs. | * | |
| **EDGE COMMUNICATIONS, INC.,** | * | |
| **Defendant** | ****** | |

## ORDER

The court file reflecting that service of process has been effected upon the above named defendant and that defendant has not yet filed any response to the Complaint, it is, this 16th day of October, 2000,

ORDERED that plaintiff file and serve by mail on the above named defendant a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 10 days of this order.

Andre M. Davis
United States District Judge

