IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

QWEST COMMUNICATIONS CORP.,
    Plaintiff

v.                                    CIVIL NO. AMD 00-1620

EDGE COMMUNICATIONS, INC.,
    Defendant

...o0o...

## ORDER

The court has been advised by plaintiff that defendant has filed a petition in the United States Bankruptcy Court for the District of Maryland, thus staying this action. This Order is deemed appropriate under the circumstances.

Accordingly, it is this 23rd day of October, 2000, by the United States District Court for the District of Maryland, ORDERED

(1)    That this action is STAYED pending the action of the United States Bankruptcy Court for the District of Maryland; and it is further ORDERED

(2)    That the Clerk of the Court ADMINISTRATIVELY CLOSE THIS CASE pending further order of this Court and TRANSMIT a copy of this Order to counsel for plaintiff.

_____
ANDRÉ M. DAVIS
UNITED STATES DISTRICT JUDGE